UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Terry Richards,

    Plaintiff,

v.

Tom Roy, Kathryn Halvorson, Nola Karow,
Nanette Larson, Jody Ohnstad, Rhonda
Thompson, Centurion of Minnesota L.L.C.,
Doctor David Paulson, Darin Haugland,
Itasca Grand County Jail, and Itasca Grand
Clinic Hospital,

    Defendants.

Civil No. 18-1201 (JNE/DTS)
ORDER

In a Report and Recommendation dated June 18, 2018, the Honorable David T. Schultz, United States Magistrate Judge, recommended that Plaintiff's motion for summary judgment be denied without prejudice. No objection to the Report and Recommendation has been received. Based on a de novo review of the record, the Court accepts the recommended disposition [Docket No. 10]. Therefore, IT IS ORDERED THAT:

1. Plaintiff's motion for summary judgment [Docket No. 3] is DENIED WITHOUT PREJUDICE.

Dated: July 17, 2018

                                                  s/ Joan N. Ericksen
                                                  JOAN N. ERICKSEN
                                                  United States District Judge