

# STATE OF MINNESOTA

**OFFICE OF THE ATTORNEY GENERAL**

September 14, 2018

SUITE 900
445 MINNESOTA STREET
ST. PAUL, MN 55101-2127
TELEPHONE: (651) 297-1075

The Honorable David T. Schultz
Magistrate Judge, U.S. District Court
9E U.S. Courthouse
300 South Fourth Street
Minneapolis MN 55415

    Re:   *Terry Richards v. Tom Roy, et al.*
           Civil File No. 18-cv-1201 (JNE/DTS)

Dear Judge Schultz:

    As you are aware, I represent Defendants Roy, Halvorson, Karow, Larson, Ohnstad, Thomson, and Paulson, employees of the Minnesota Department of Corrections ("DOC"), in this matter. I write regarding the Court's unsuccessful attempt to send Plaintiff its August 30, 2018 Order (ECF 25).

    On August 2, 2018, I met and conferred with Plaintiff, who is pro se in this matter and no longer incarcerated. I informed Plaintiff that the DOC did not have a current mailing address for him as his prior mailing address listed with the Court was at the Minnesota Correctional Facility –Stillwater ("MCF-STW") and was no longer valid. At that time Plaintiff informed me that his current mailing address is as follows:

Terry Richards
1420 N.W. 4th Street No. 123
Grand Rapids, MN 55744

Plaintiff further informed me that he would like service accomplished at this address. I informed Plaintiff that I would serve the DOC's motion at the address provided, but it was incumbent on him to inform the Court of his change of address. It appears Plaintiff has not updated his address with the Court.

                                    Sincerely,
                                    s/ Steven R. Forrest
                                    STEVEN R. FORREST
                                    Assistant Attorney General
                                    (651) 757-1345 (Voice)
                                    Attorney for Defendants Roy, Halvorson, Karow,
                                    Larson, Ohnstad, Thomson, and Paulson

cc:    Terry Richards