# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TERRY RICHARDS, | Case No. 18-CV-1201 (NEB/DTS) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| TOM ROY, KATHRYN HALVORSON, NOLA KAROW, NANETTE LARSON, JODY OHNSTAD, RHONDA THOMPSON, CENTURION OF MINNESOTA LLC, DOCTOR DAVID PAULSON, DARIN HAUGLAND, ITASCA GRAND COUNTY JAIL, and ITASCA GRAND CLINIC HOSPITAL, | |
| Defendants. | |

The Court has received the December 18, 2018 Report and Recommendation of United States Magistrate Judge David T. Schultz. [ECF No. 28.] No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [ECF No. 28] is ACCEPTED;

2. Plaintiff Terry Richard's Complaint [ECF No. 1] is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b); and

3. Defendants' Motion to Dismiss [ECF No. 18] is DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 18, 2019　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　s/Nancy E. Brasel
　　　　　　　　　　　　　　　　　　　　　Nancy E. Brasel
　　　　　　　　　　　　　　　　　　　　　United States District Judge